**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-4372**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

BRIAN CHAMPAGNE,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge.
(8:06-cr-00481-RWT-1)

_____

Submitted: July 30, 2009        Decided: December 28, 2009

_____

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Meghan Suzanne Skelton, Assistant Federal Public Defender,
Greenbelt, Maryland; James Wyda, Federal Public Defender,
Baltimore, Maryland, for Appellant. Daniel J. Fortune, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland; Mara B. Zusman,
OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Champagne seeks to appeal his conviction and sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985). The district court entered judgment on January 9, 2007. The notice of appeal was filed on August 22, 2008. Because Champagne failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2